UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MALENA TALLEY, JAMES TALLEY,
and DION TALLEY,

Civil No. 12-2664 JNE/AJB

Plaintiffs,

v.

O R D E R

HENNEPIN COUNTY SERVICES DEPT.,
TOLAD INC., and DUNGARVIN, LLC,

Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 12, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiffs' application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 8, 2013           s/Joan N. Ericksen
                               JOAN N. ERICKSEN
                               United States District Judge